Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

Counsel for Defendant Aaron James Mileur

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AARON JAMES MILEUR,<br><br>　　　　　Defendant. | Case No. 3:21-mj-00155-MMS<br><br>**MOTION FOR EXTENSION OF DEADLINE TO PROVIDE THE COURT WITH NOTICE OF INTENT TO WAIVE JURISDICTION UNDER CRIMINAL RULE 58.** |

　　　　Defendant Aaron James Mileur, through counsel, Ben W. Muse, Assistant Federal Defender, moves this Court for an extension of the deadline to provide notice of his intent to waive jurisdiction under Criminal Rule 58 from close of business on March 18, 2021, to close of business on March 22, 2021. Mr. Mileur requests the deadline extension so that he can have additional time to consult with counsel—both in the District of Columbia and the District of Alaska—and to deliberate on his options.

　　　　DATED at Anchorage, Alaska this 18th day of March, 2021.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　*/s/ Ben W. Muse*
　　　　　　　　　　　　　　　　　　Ben W. Muse
　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 18, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Ben W. Muse