Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

Counsel for Defendant Aaron James Mileur

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON JAMES MILEUR,<br><br>    Defendant. | Case No. 3:21-mj-00155-MMS<br><br>**MOTION FOR EXPEDITED CONSIDERATION RE [10]** |

Defendant Aaron James Mileur, through counsel, Ben W. Muse, Assistant Federal Defender, moves this Court for expedited consideration of the principal motion requesting an extension of time filed at Doc. 10. Expedited request is necessary because the deadline to file is by the close of business today, March 18, 2021[1], and additional time is needed.

DATED at Anchorage, Alaska this 18th day of March, 2021.

        Respectfully submitted,
        FEDERAL PUBLIC DEFENDER
        DISTRICT OF ALASKA

        */s/ Ben W. Muse*
        Ben W. Muse
        Assistant Federal Defender

---

[1] Docket No. 5.

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 18, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*