Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

Counsel for Defendant Aaron James Mileur

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:21-mj-00155-MMS |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO PROCEED IN THE DISTRICT OF COLUMBIA** |
| AARON JAMES MILEUR, | |
| Defendant. | |

Defendant Aaron James Mileur, through counsel, Ben W. Muse, Assistant Federal Defender, gives notice of his intent to proceed with his case in the District of Columbia. He will not waive venue under Federal Rule of Criminal Procedure 58(c).

DATED at Anchorage, Alaska this 22nd day of March, 2021.

Respectfully submitted,

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 22, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*